MCGREGOR W. SCOTT
United Sates Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>GLENN F. DEARY,<br><br>            Defendant. | CASE NO. CR S 05-006 DFL<br><br>[Proposed] ORDER TO FILE<br>EXHIBITS UNDER SEAL |

    The parties appeared before the court on July 14, 2005, for a sentencing hearing. After a colloquy with the parties the court directed the government to gather additional information about the defendant's co-defendants criminal histories, etc. In order to fulfill the court's request, the government has obtained copies of the presentence reports of the co-defendants of the defendant in this matter. (<u>See</u> Exhibits 1, 2, and 3).

    Because these documents are typically sealed, and because these documents have been obtained from the federal district of Alaska, the government is filing them with the court and requesting that they be sealed in this district. The government awaits a motion from the defendant and/or directions from this

1  court as to whether and how this information should be shared
2  with the defendant.
3  DATED: July 21, 2005                    McGREGOR W. SCOTT
                                           United States Attorney
4
5                                     By:  /s/Kymberly A. Smith
                                           KYMBERLY A. SMITH
6                                          Assistant U.S. Attorney
7
8       Based on the foregoing and due to the sensitive nature of
9  the above described documents, this filing is ORDERED SEALED
10 until further order of the court.
11      The Clerk of Court may not unseal and release this document
12 without first contacting the United States Attorney.
13 DATED: July 22,2005
14                                      /s/ David F. Levi
                                        HONORABLE DAVID F. LEVI
15                                      United States District Court
                                        Eastern District of California

2